IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | No. 1:13-CR-00306 LJO |
| vs. | ) | ORDER OF RELEASE |
| MONIQUE RIOS, | ) | |
| Defendant. | ) | |

The above named defendant has admitted to Charge 1 of the violation petition signed on 10/07/2013. Sentencing is scheduled for February 24, 2014 at 8:30am. All parties are in agreement for the defendant to reside at WestCare pending sentencing,

IT IS HEREBY ORDERED that the defendant shall be released on Friday, October 24, 2013 to Probation Officer Jiar Hill.

IT IS SO ORDERED.

**Dated:   October 23, 2013**            /s/  Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE